# Exhibit 2

COMMONWEALTH OF MASSACHUSETTS

| | |
|---|---|
| WORCESTER, SS | SUPERIOR COURT DEPARTMENT<br>OF THE TRIAL COURT<br>WORCESTER DIVISION |

| | |
|---|---|
| MASSACHUSETTS SYSTEMS CONTRACTORS ASSOCIATION, INC.,<br>　　Plaintiff,<br><br>v.<br><br>VERIZON ONLINE, LLC, and<br>COMCAST BROADBAND SECURITY, LLC<br><br>　　Defendants | CIVIL ACTION NO. 12-1165-D |

### NOTICE OF FILING NOTICE OF REMOVAL

Please take notice that pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendants Verizon Online LLC, and Comcast Broadband Security, LLC, did, on the Sixth day of July 2012, file a Notice of Removal in the United States District Court for the District of Massachusetts, a copy of which is attached hereto as Exhibit 1.

Respectfully submitted,

COMCAST BROADBAND SECURITY, LLC

By its attorneys,

/s/ Laurence A. Schoen
Michael S. Gardener, BBO # 185040
Laurence A. Schoen, BBO # 633002
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA  02111

Phone: (617) 542-6000
Fax: (617) 542-2241
Email: LSchoen@mintz.com


VERIZON ONLINE LLC

By its attorney,

/s/ William A. Worth
William A. Worth, BBO #544086
PRINCE LOBEL TYE, LLP
100 Cambridge Street
Boston, MA 02114
Phone: (617) 456-8000
Email: waworth@princelobel.com


OF COUNSEL:

/s/ Aaron M. Panner
Aaron M. Panner (*pro hac vice* application pending)
Melanie Bostwick (*pro hac vice* application pending)
KELLOGG, HUBER, HANSEN, TODD, EVANS &
FIGEL, PLLC
1615 M Street, N.W.
Suite 400
Washington, D.C. 20036
Phone: (202) 326-7900
Fax: (202) 326-7999
Email: APanner@khhte.com

Dated: July 6, 2012

6624248v.1